STATE EX REL. O. H. INGRAM COMPANY, Respondent, vs. WISCONSIN TAX COMMISSION, Appellant.

*May 4—May 23, 1916.*

*State ex rel. Bundy v. Nygaard, ante,* p. 307, followed.

APPEAL from a judgment of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

For the appellant there were briefs by the *Attorney General* and *E. E. Brossard,* assistant attorney general, and oral argument by *Mr. Brossard.*

For the respondent there was a brief by *Bundy & Wilcox,* and oral argument by *O. T. Bundy.*

WINSLOW, C. J.    This is an appeal from a judgment of the circuit court for Dane county in an action of *certiorari* setting aside an income tax assessment made by the *Wisconsin Tax Commission* against the respondent.    The fundamental question involved is the same as the question considered and decided in the case of *State ex rel. Bundy v. Nygaard, ante,* p. 307, 158 N. W. 87.    The judgment is therefore affirmed for the reasons stated in the opinion filed on the motion for rehearing in that case.

*By the Court.*—Judgment affirmed without costs.